```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
GARDEN CITY BOXING CLUB, INC.,
As Broadcast Licensee of the
September 18, 2004                          ORDER
DeLaHoya/Hopkins Program
                                            Civil Action No.
            Plaintiff,                      CV-05-1047(DGT)

     -against-

ROGELIA ROJAS, MAXIMO ROJAS,
Individually and as officers,
directors, shareholders and/or
principals of ROJAS DELI GROCERY
INC. d/b/a/ ROJAS DELI & GROCERY,
and ROJAS DELI GROCERY INC.
d/b/a/ ROJAS DELI & GROCERY,

            Defendants.
---------------------------------X
```

Trager, J:

On October 12, 2006, Magistrate Marilyn D. Go issued a report and recommendation in this action. She recommended that plaintiff be awarded $1,000.00 in statutory damages, $10,000.00 in enhanced damages, $1,027.50 in attorneys' fees and $620.00 in costs, for a total of $12,647.50 against defendants, jointly and severally. No objection to this report and recommendation has been filed with the Court. The Court has reviewed the report and recommendation and adopts in full the findings contained in it.

The Clerk of the Court is directed to enter judgment accordingly and to close the case.

Dated: Brooklyn, New York
       November 21, 2006

                                        SO ORDERED:


                                        _____/s/_____
                                        David G. Trager
                                        United States District Judge