UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARDEN CITY BOXING CLUB,
As Broadcast Licensee of the
September 18, 2004
DeLaHoya/ Hopkins Program,

                              Plaintiff,

-against-

ROGELIA ROJAS, MAXIMO ROJAS,
Individually and as officers,
directors, shareholders and/or
principals of ROJAS DELI GROCERY
INC. d/b/a ROJAS DELI & GROCERY,
and ROJAS DELI GROCERY INC.
d/b/a ROJAS DELI & GROCERY,

                             Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 1047 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 30 2006 ★
BROOKLYN OFFICE

        An Order of Honorable David G. Trager, United States District Judge, having been filed on November 21, 2006, adopting the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated October 12, 2006; and directing the Clerk of Court to enter judgment awarding plaintiff $1,000.00 in statutory damages, $10,000.00 in enhanced damages, $1,027.50 in attorneys' fees and $620.00 in costs, for a total award of $12,647.50 against the defendants, jointly and severally; it is

JUDGMENT
05-CV- 1047 (DGT)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted; and that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., As Broadcast Licensee of the September 18, 2004 DeLaHoya/Hopkins Program, and against defendants, Rogelia Rojas, Maximo Rojas, Individually and as officers, directors, shareholders and/or principals of Rojas Deli Grocery Inc. d/b/a Rojas Deli & Grocery, and Rojas Deli Grocery Inc. d/b/a Rojas Deli & Grocery, awarding plaintiff $1,000.00 in statutory damages, $10,000.00 in enhanced damages, $1,027.50 in attorneys' fees and $620.00 in costs, for a total award of $12,647.50 against defendants, jointly and severally.

Dated: Brooklyn, New York
November 30, 2006

s/Robert c. Heinemann
ROBERT C. HEINEMANN
Clerk of Court